# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL NAVARRO | ) NO. 5:17-cv-378-JGB-KK |
| Plaintiff, | ) ORDER DISMISSING CASE |
| vs. | ) |
| SOUTHERN CALIFORNIA EDISON COMPANY, et al. | ) |
| Defendants. | ) |

Based on the Parties' stipulation to dismiss and pursuant to FRCP 41(a)(1) this action is hereby dismissed with prejudice.

Dated: August 22, 2018

_____
Honorable Jesus G. Bernal
United States District Judge

1

Order Dismissing Case